JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0026-BEN |
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 18, U.S.C., Sec. 1544- |
| LILIANA SERRATO-ARAQUE, | ) | Misuse of Passport (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 4, 2007, within the Southern District of California, defendant LILIANA SERRATO-ARAQUE, did willfully and knowingly use and attempted to use a United States passport issued and designed for the use of another in the following manner, to wit; defendant presented a United States passport to a federal officer, claiming to be Maria Eugenia Elorza, a United States citizen, knowing full well that she was not, to gain entry into the United States; in violation of Title 18, United States Code, Section 1544.

DATED: 1/3/2008

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:lml  12/19/07