AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

LILIANA SERRATO-ARAQUE

CASE NUMBER: 08 CR 0026-BEN

I, <u>LILIANA SERRATO-ARAQUE</u>, the above named defendant, who is accused of violating Title 18, U. S. C., Sec. 1544 - Misuse of Passport (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/3/2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



_____
LILIANA SERRATO-ARAQUE
Defendant

_____
ERICA K. ZUNKEL
Counsel for Defendant

Before _____
JUDICIAL OFFICER